# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-19-00842-CV

---

**Michael James Lorenz, Individually and as the Independent Administrator for the Estate of Lizzie Lorenz; Martha Lynn Hoffman; and Leroy Walter Lorenz, Jr., Appellants**

**v.**

**Michael Keith Cash and San Marcos Air Conditioning, Inc., Appellees**

---

### FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
### NO. 16-0627, THE HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellants Michael James Lorenz, Individually and as the Independent Administrator for the Estate of Lizzie Lorenz; Martha Lynn Hoffman; and Leroy Walter Lorenz, Jr. have filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Gisela D. Triana, Justice

Before Chief Justice Rose, Justices Triana and Smith

Dismissed on Appellants' Motion

Filed: November 27, 2019